## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

MONROE LIPSEY, on behalf of himself and others similarly situated employees,

    Plaintiff,

-vs-

RETREAT CAPITAL MANAGEMENT, INC., D/B/A ALLSEC FINANCIAL SERVICES, a California Corporation,

    Defendant.
_____/

Case No: 3:17-CV-1915-D

## **PLAINTIFF'S NOTICE OF TAKING DEPOSITION**

To:    All Counsel Listed Below:

    PLEASE TAKE NOTICE that on **March 14, 2018**, beginning at 1**:00 p.m. (Central Standard Time)** at:

    PHIPPS REPORTING
    Mockingbird Towers
    1341 W Mockingbird Lane
    Suite 600w
    Dallas, TX 75247
    Telephone: (888) 811-3408

Counsel for Plaintiff will take the deposition(s) of: **FARHAN FAROOQUI**

    Upon oral examination pursuant to Federal Rules of Civil Procedure, Phipps Reporting or any other notary public or officer authorized by law to take depositions. Said deposition(s) will be taken for the purposes as are permitted under the Rules which govern the conduct of the case.

Respectfully submitted this 18th day of January, 2018.

                                                    **/s/ C. RYAN MORGAN**
                                                    C. Ryan Morgan, Esq.
                                                    Florida Bar. No. 0015527
                                                    *Pro Hac Vice*
                                                    Morgan & Morgan, P.A.

20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
Email: RMorgan@forthepeople.com
Email: CLeach@forthepeople.com

-and-

Andrew. R. Frisch, Esq.
Florida Bar No. 27777
*Pro Hac Vice forthcoming*
Morgan & Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Telephone: (954) WORKERS
Facsimile:  (954) 327-3013
E-mail: AFrisch@forthepeople.com

Clara H. Saafir, Esq.
Texas Bar No. 24037414
The Witherspoon Law Group, PLLC
1717 McKinney Avenue, Suite 700
Dallas, TX 75202
Telephone: (214) 773-1133
Facsimile: (972) 696-9982
saafir@twlglawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.


**cc:**   *Phipps Reporting*
*Via E-mail: info@phippsreporting.com*
*Telephone: 1-(888)-811-3408*