IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MONROE LIPSEY, on behalf of
himself and others similarly
situated employees,

      Case No: 3:17-CV-1915-D

    Plaintiff,

-vs-

RETREAT CAPITAL
MANAGEMENT, INC., D/B/A
ALLSEC FINANCIAL SERVICES,
a California Corporation,

    Defendant.
_____/

## AGREED ORDER GRANTING JOINT MOTION
## TO APPROVE COLLECTIVE ACTION SETTLEMENT

    This Cause having come before the undersigned on the Parties' Joint Motion to Approve Collective Action Settlement, the Court having reviewed all pleadings and exhibits contained within the briefing on this Motion, hereby orders as follows:

    1.    The Parties' Joint Motion to Approve Collective Action Settlement is hereby GRANTED.

    2.    The Court finds that the Parties have reached an agreement based on a negotiated, good faith compromise of a *bona fide* dispute of back wages under the Fair Labor Standards Act. The Court approves as fair and reasonable the payments to be made to Plaintiff and the Opt-inPlaintiffs; approves the service award to Plaintiff; and approves the attorneys' fees and costs as outlined in the Settlement Agreement and Exhibit A to the Settlement Agreement.

3. The Court orders the Parties to undertake the distribution of settlement funds process described in the Settlement Agreement and to abide by all processes and procedures described in the Settlement Agreement.

4. This Court orders that this action is DISMISSED WITH PREJUDICE.

5. This Court shall retain jurisdiction over this matter if any dispute arises with the administration of the settlement.

ORDERED this __2nd__ day of July, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record